IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENMANUEL FERNANDEZ DE JESUS and HENRY DE JESUS DEL CARMEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>INCINIA CONTRACTING INC., INCINIA CORPORATION, ZORAN ZORIC, and DUSAN ZORIC a/k/a "SEAN ZORIC,"<br><br>Defendants. | No: 17 Civ. 5733 (KHP) |

### NOTICE OF PLAINTIFFS' UNOPPOSED MOTION
### FOR APPROVAL OF COLLECTIVE ACTION SETTLEMENT

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Approval of Collective Action Settlement ("Motion for Approval"), in the Declaration of Joseph A. Fitapelli in Support of Plaintiffs' Unopposed Motion for Approval of Collective Action Settlement (the "Fitapelli Decl.."), in the Declaration of Louis Pechman in Support of Plaintiffs' Unopposed Motion for Approval of Collective Action Settlement, and the supporting exhibits attached thereto, Plaintiffs respectfully request that the Court enter an Order:

(1)   approving the $488,000.00 settlement set forth in the Settlement Agreement and Release ("Settlement Agreement"), attached as **Exhibit A** to the Fitapelli Decl., and "So Ordering" all of its terms;

(2)   approving the proposed Notice Packet and directing its distribution;

(3)   approving service payments as outlined in the Settlement Agreement;

(4)   awarding Plaintiffs' Counsel's attorneys' fees and costs, as outlined in the Settlement Agreement;

- 2 -

(5) approving Plaintiffs' proposed final settlement procedure;

(6) approving the Settlement Claims Administrator's fees;

(7) dismissing the case with prejudice; and

(8) retaining jurisdiction to enforce the Settlement Agreement.

Dated: New York, New York
May 30, 2018

Respectfully submitted,

/s/ Joseph A. Fitapelli
Joseph A. Fitapelli

**FITAPELLI & SCHAFFER, LLP**
Joseph A. Fitapelli
Arsenio Rodriguez
28 Liberty Street, 30th Floor
New York, New York 10005
Telephone: (212) 300-0375

*Attorneys for the Named Plaintiffs, the Opt-In Plaintiffs, and the Putative Collective*