UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

EMMANUEL FERNANDEZ DE JESUS, et al.,

                                    Plaintiffs,

                -against-

INCINIA CONTRACTING, INC., et al.,

                                    Defendants.

-----------------------------------------------------------------X

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY  FILED            │
│ DOC #:_____           │
│ DATE FILED: 9-11-2018 _____    │
└─────────────────────────────────┘
```

**ORDER TERMINATING CASE**

**17-CV-5733 (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On June 22, 2018, this Court approved the parties' collective action settlement and noted that, within 31 days of the entry of the Order, the action shall be dismissed with prejudice, and without costs, expenses or attorneys' fees to any party.  The action is hereby dismissed with prejudice.  This Court will retain jurisdiction over this action for the purposes of supervising the implementation, enforcement, construction, administration, and interpretation of the parties' settlement agreement.

The Clerk of Court is respectfully directed to terminate this action.

**SO ORDERED.**

Dated: September 11, 2018
        New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge

1